**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | | |
|---|---|---|
| James Brooks and Lucy Brooks, | ) | C.A. No.: 0:12-CV-00696-MBS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **Consent Order** |
| | ) | **for Arbitration** |
| Luv Homes, CMH Homes, Inc., | ) | |
| Oakwood Homes, Clayton Homes, | ) | |
| World Custom Homes Enterprises, | ) | |
| Inc., Jo Ann Espinoza, and John | ) | |
| Does 1-4, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It appears to the Court that Plaintiffs James Brooks and Lucy Brooks ("**Plaintiffs**") and Defendants Luv Homes, CMH Homes, Inc., Oakwood Homes, Clayton Homes, Jo Ann Espinoza (collectively, "**CMH Defendants**"), and World Custom Homes Enterprises (collectively, "**the Parties**"), through counsel, consent to the arbitration of the captioned lawsuit and to such arbitration being conducted pursuant to the Retailer Closing Agreement that Plaintiffs entered into with Defendant Luv Homes ("**the Retailer Closing Agreement**") and the American Arbitration Association's ("**AAA**") Commercial Arbitration Rules and Procedures to the extent that these rules and procedures do not conflict with the Retailer Closing Agreement's arbitration provisions.

As a result, **IT IS HEREBY ORDERED** that:

1. All claims in the captioned lawsuit shall be arbitrated pursuant to the Arbitration Agreement and the AAA Commercial Arbitration Rules and Procedures to the extent that these rules and procedures do not conflict with the Retailer Closing Agreement's arbitration provisions;

2. The captioned lawsuit shall be stayed pending conclusion of the arbitration; and

3. The Court shall retain jurisdiction of the captioned matter for purposes of enforcing this Order and to enter any Orders necessary regarding the Arbitration decision.

/s/ Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina

June 4, 2012

**WE CONSENT:**

/s/ Clayton M. Custer
Clayton M. Custer (Fed. ID No. 8045)
ccuster@wcsr.com
Catherine F. Wrenn (Fed. ID No. 10230)
cwrenn@wcsr.com
Womble Carlyle Sandridge & Rice, LLP
550 South Main Street, Suite 400
Greenville, South Carolina 29601
Phone: (864) 255.5400

*Attorneys for Defendants Luv Homes, CMH Homes, Inc., Oakwood Homes, Clayton Homes, Jo Ann Espinoza*

/s/Robert V. Phillips
Robert V. Phillips
rphillips@mcgowanhood.com
McGowan Hood and Felder
1539 Healthcare Drive
Rock Hill, South Carolina 29732
Phone: (803) 327-7800
Fax: (803) 328-5656

*Attorney for Plaintiffs James and Lucy Brooks*

2

WCSR 7264794v1

      /s/ Elizabeth A. Martineau
Elizabeth A. Martineau
emartineau@martineauking.com
P.O. Box 31188
Charlotte, North Carolina 28231
Phone: (704) 247-8524
Fax: (704) 943-0543

*Attorney for Defendant World Custom Home Enterprises, Inc.*